AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 22, 2022**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| United States of America<br>v.<br>JONAH GREGORY CHAPIN<br><br>*Defendant* | )<br>)  Case No.  2:22-CR-162-TOR-3<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*             JONAH GREGORY CHAPIN                             ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1),(b)(1)(B)(vi), 18 U.S.C.§ 2 Distribution of 40 Grams or More of Fentanyl
21 U.S.C. §§ 841(a)(1),(b)(1)(B)(vi), 846 Conspiracy to Distribute 40 Grams or More of Fentanyl

Date: Nov 17, 2022, 8:19 am

*Issuing officer's signature*

City and state:  Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

**Return**

This warrant was received on *(date)* 11/17/22 , and the person was arrested on *(date)* 11/17/22
at *(city and state)* Spokane, WA .

Date: 11/17/22

Arrested within the E/WA
By: ATF - In custody
*(Agency)*
Executed On: 11/17/22
Sign: [signature] K. Schwan K. USMS
*Printed name and title*