FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 23, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONAH GREGORY CHAPIN,<br><br>Defendant. | No. 2:22-CR-00162-TOR-3<br><br>ORDER GRANTING UNITED STATES MOTION FOR DETENTION<br><br>**MOTION GRANTED**<br>**(ECF No. 21)** |

At Defendant's November 17, 2022, initial appearance based on an Indictment, the Court set a detention hearing for November 18, 2022, at 11:00 a.m. before the undersigned, **ECF No. 27.** The detention hearing was subsequently continued to November 23, 2022, ECF Nos. 35 and 45.

On November 22, 2022, Defendant filed a Waiver of Detention Hearing, **ECF No. 50**. Based on Defendant's Waiver, **IT IS HEREBY ORDERED:**

1. The United States' Motion for Detention, **ECF No. 21**, is **GRANTED**. Defendant shall be held in detention pending disposition of this case or until further order of the Court.

2. Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

ORDER - 1

3.   Defendant shall be afforded reasonable opportunity for private consultation with counsel.

4.   If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances pursuant to 18 U.S.C. § 3142(f), that party shall file a two-page motion for reconsideration succinctly stating what circumstances are new, how they are established, and the requested change in conditions of release.  The motion shall indicate whether opposing counsel or Pretrial Services object, whether a hearing is desired, and whether a supplemental pretrial report is requested.  This Court will treat the motion as expedited and submitted without argument and will set a hearing or issue other orders as may be appropriate.

5.   The **November 23, 2022, detention hearing is STRICKEN.**
**IT IS SO ORDERED**.

DATED November 23, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2