Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 2:22-CR-00162-TOR-3 |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF REVIEW OF PSIR |
| JONAH GREGORY CHAPIN, | |
| Defendant. | |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Caitlin Baunsgard, Assistant United States Attorney for the Eastern District of Washington, respectfully submits the United States has reviewed the draft PSIR (ECF. 124) and has no objections.

DATED this 19th day of September, 2023.

Vanessa R. Waldref
United States Attorney

*s/Caitlin Baunsgard*
Caitlin Baunsgard
Assistant United States Attorney

NOTICE OF REVIEW OF PSIR AND OBJECTION - 1

# CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Amy Rubin

<u>s/Caitlin Baunsgard</u>
Caitlin Baunsgard
Assistant United States Attorney

NOTICE OF REVIEW OF PSIR AND OBJECTION - 2