Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GAGE LYLE FORSBERG,<br><br>Defendant. | 2:22-CR-0162-TOR-1<br><br>RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Caitlin Baunsgard, Assistant United States Attorney for the Eastern District of Washington, respectfully submits the following Sentencing Memorandum.

**A.    THE PSIR**:

As noted in its Notice of Review, the United States has no objections to the PSIR. *See* ECF. 153. The United States is not aware of any objections from the Defendant which were not addressed by the Amended PSIR (ECF. 155, 156, 158). The United States asks the Court to adopt the PSIR without change.

RESPOSNE TO DEFENDANT'S SENTENCING MEMORANDUM - 1

B. **<u>SENTENCING RECOMMENDATION</u>**:

Consistent with the Plea Agreement, the 18 U.S.C. § 3553(a) factors, as well as the purposes and goals of sentencing, the United States recommends the Court accept the Plea Agreement and sentence the Defendant to 180 months of incarceration. The United States submits this is a sufficient but not greater than necessary sentence for this Defendant. The United States respectfully submits the Defendant's recommended sentence is insufficient to accomplish the purposes of sentencing.

The Defendant is before the Court for a serious offense. As outlined in the Plea Agreement and the PSIR, the Defendant had been engaged in this conduct for an extended period and rather quickly became a large-scale dealer in the community. The Defendant increased the danger of his conduct by consistently being armed with a firearm. He further increased the danger of his conduct by fleeing or attempting to flee from law enforcement when contact was attempted.

The Defendant engaged in this conduct after already amassing a significant and consistent criminal history of victimizing others since the age of 13. He has been afforded multiple opportunities for treatment and has the support of his mother. However, nothing as addressed or dissuaded his conduct on a long-term basis.

Surprisingly, the Defendant has never served a significant period of incarceration despite his clear pattern of criminal conduct. There does not appear

RESPOSNE TO DEFENDANT'S SENTENCING MEMORANDUM - 2

to be any attempt at a previous state DOSA sentence, and in fact, it does not appear that he has ever gone to prison – just served time in local jails. Accordingly, it is doubtful that he has been given an extended period in a structured environment which his mother advised was likely necessary for his success. The United States submits that its recommended sentence answers the call of sentencing and will afford the Defendant with time to settle into a structure environment, obtain further education as well as vocational opportunities. Based on the totality of the circumstances, the United States asks the Court to sentence the Defendant as recommended.

DATED this 19th day of June, 2024.

Vanessa R. Waldref
United States Attorney

*s/Caitlin Baunsgard*
Caitlin Baunsgard
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Doug Phelps

*s/Caitlin Baunsgard*
Caitlin Baunsgard
Assistant United States Attorney

RESPOSNE TO DEFENDANT'S SENTENCING MEMORANDUM - 3